# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-4917 MRW | Date | March 7, 2018 |
|---|---|---|---|
| Title | Lopez v. Nationstar Mortgage | | |

**Present: The Honorable** Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER VACATING HEARINGS

    1.    In recent days, the parties in this action have filed: a motion to enforce a settlement agreement (Docket # 22); a now-moot motion to dismiss the action (Docket # 19); a motion to remand the matter to state court (Docket # 28); and an amended complaint. (Docket # 27.) As a result, the case has pending motion dates in March (settlement motion) and April (remand), with a new dismissal motion likely to come in response to the new complaint.

    2.    The Court rejects the parties' chaotic, inefficient litigation plan – and their piecemeal litigation strategies. The Court VACATES the hearings on March 13 <u>and</u> April 4. Both will be recalendared for Wednesday, May 9, at 9:30 a.m.

    3.    In addition, defendants are ordered to either: (a) answer the amended complaint within the time specified in Federal Rule of Civil Procedure 12(a), or (b) if they intend to file a motion to dismiss the amended complaint, set it for hearing on the same May 9 calendar. We'll deal with these issues in one omnibus hearing.